DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
Telephone:    (907) 276-4557
Facsimile:    (907) 276-4152
Email: mills.mike@dorsey.com

Proposed Attorneys for the Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANCHORAGE MIDTOWN MOTEL, INC., an Alaska corporation,<br><br>Debtor. | Case No. 19-00369 GS<br><br>(Chapter 11) |

### DECLARATION OF MICHAEL R. MILLS IN SUPPORT OF APPLICATION FOR EMPLOYMENT OF DORSEY & WHITNEY LLP

I, Michael R. Mills, hereby declare under the penalty of perjury, that the following is true and correct to the best of my information and belief:

1. I, my fellow partners and associates are attorneys with the law firm of Dorsey & Whitney LLP ("Dorsey & Whitney"), and are admitted to practice before this Court. Dorsey & Whitney maintains its office at 1031 W. 4th Ave., Ste. 600, Anchorage, AK 99501. I am duly authorized by Dorsey & Whitney to make all statements which I have made herein on behalf of Dorsey & Whitney and with respect to the Debtor's "**Application for order Authorizing Debtor to Employ Dorsey & Whitney LLP as General Counsel**" (the "Application") and this Declaration in support of the Application filed in

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

DECLARATION OF MICHAEL R. MILLS                                          Page 1 of 3
In re *Anchorage Midtown Motel, Inc.*, Case No. 19-00369-GS

the Chapter 11 reorganization case (the "Reorganization Case") of Anchorage Midtown Motel, Inc. (the "Debtor").

2. Neither my fellow partners, associates nor I have any connection with the debtor, creditors, the U.S. Trustee's Office or employees of the U.S. Trustee's Office, or any other party in interest, or their respective attorneys or accountants, except that we have represented the debtor prior to the filing of this chapter 11 case, and we have represented Thomas, Head & Greisen in an unrelated, closed matter.

3. Dorsey & Whitney is not a creditor or an insider of the Debtor. All fees and costs incurred by Dorsey & Whitney for services provided prior to the petition date were paid prior to the petition date.

4. Neither my fellow partners, associates, nor I represent any interest adverse to that of the estate or the Debtor in the matters upon which it is to be engaged.

5. Based on the foregoing, I believe that Dorsey & Whitney is a "disinterested person" within the meaning of 11 U.S.C. §§ 101(14) and 327.

6. I have advised the debtor of our willingness to serve as general counsel in this case under a general retainer based on time and standard billing charges. Dorsey & Whitney will be paid a retainer of $25,000 from Kelly Millen, individually. Ms. Millen will also guaranty the fees of Dorsey & Whitney.

7. Fees will be charged at prevailing hourly rates. Current hourly rates for the individuals most likely to work on this matter include the following: Michael R. Mills - $490 (partner), Shane Kanady $350 (associate) and Michele Rupp $245 (paralegal). These

**DORSEY &
WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

DECLARATION OF MICHAEL R. MILLS                                                                 Page 2 of 3
In re *Anchorage Midtown Motel, Inc.*, Case No. 19-00369-GS

rates are subject to change, without notice, based on economic factors and to stay consistent with standard hourly rates charged non-bankruptcy clients. Hourly rates of others working on this matter may vary depending on their respective experience and expertise. Photocopy charges and facsimile charges will be billed at the firm's prevailing rate. There will be no charge to the Debtor for long distance phone or long distance facsimile charges.

Dated this 21st day of November, 2019.

DORSEY & WHITNEY LLP

By: /s/ Michael R. Mills
Michael R. Mills
Alaska Bar #8911074

I hereby certify that a copy of the foregoing was served this 21st day of November, 2019 on:

All ECF Participants

by first class mail and email, if indicated above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By: /s/ Michele Rupp
Michele Rupp, Paralegal

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

DECLARATION OF MICHAEL R. MILLS

Page 3 of 3
In re *Anchorage Midtown Motel, Inc.*, Case No. 19-00369-GS

4849-7968-7853\1