**Fill in this information to identify the case:**

Debtor name  **Anchorage Midtown Motel, Inc.**

United States Bankruptcy Court for the:  **DISTRICT OF ALASKA**

Case number (if known)  **19-00369 GS**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $331,218.00 |
   | **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $429,836.00 |
   | **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | $378,754.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor    **Anchorage Midtown Motel, Inc.**                                              Case number *(if known)* **19-00369 GS**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See "90 Day Payments" Attachment | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See "Insider Payements" Attachment | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets -- Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **1 of the 5 rental buildings was severely damaged due to a fire caused by arson in 2019. Reconstruction work is continuing.** | **Debtor has received payment in full of $211,688.83 from United National Insurance Company. Some of the payments were made directly to vendors ($123,142) and the balance ($88,546.84) was paid to the Company and used for additional renovations. See "Fire Payments" Attachment.** | 9/12/2018 | Unknown |

### Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

|  | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Dorsey & Whitney LLP**<br>**1031 W. 4th Ave., Ste. 600**<br>**Anchorage, AK 99501** |  | **November 20, 2019** | **$1,662.00** |
|  | Email or website address |  |  |  |
|  | Who made the payment, if not debtor?<br>**Kelly Millen** |  |  |  |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.  200 W. 34th Ave. PMB 1248 Anchorage, AK 99503 | 2001-2016 |

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Tenant information from rental agreements.**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

    | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

    | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
    |---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

    | Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
    |---|---|---|---|

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

### Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

    | Case title Case number | Court or agency name and address | Nature of the case | Status of case |
    |---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

- ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
 26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Thomas Head & Greisen**<br>1400 W. Benson Blvd., Ste. 400<br>Anchorage, AK 99503 | **1998- Present** |
| 26a.2. | **Clay Tablet Accounting, LLC**<br>PO Box 110329<br>Anchorage, AK 99511 | **2006-2017** |
| 26a.3. | **Laurel Coombs**<br>1326 B Street #2<br>Anchorage, AK 99503 | **11/10/2010 to Present** |

 26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.
   ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Thomas Head & Greisen**<br>1400 W. Benson Blvd., Ste. 400<br>Anchorage, AK 99503 | **1998 - Present** |

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.2. | **Clay Tablet Accounting, LLC**<br>PO Box 110329<br>Anchorage, AK 99511 | **2006 - 2017** |

| | Name and address | | Date of service From-To |
|---|---|---|---|
| 26b.3. | Laurel Coombs<br>1326 B Street #2<br>Anchorage, AK 99503 | | 11/10/2019 - Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Thomas, Head & Greisen<br>1400 W. Benson Blvd., Ste. 400<br>Anchorage, AK 99503 | |
| 26c.2. | Clay Tablet Accounting, LLC<br>PO Box 110329<br>Anchorage, AK 99510 | |
| 26c.3. | Laurel Coombs<br>1326 B Street #2<br>Anchorage, AK 99501 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Corey E. Millen | 1206 Doddridge Ave.<br>Cloquet, MN 55720 | Shareholder, President and Treasurer | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kelly M. Millen | 200 W. 34th, PMB 1008<br>Anchorage, AK 99503 | Vice President, Secretary and Sole Director | 50% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

Debtor  **Anchorage Midtown Motel, Inc.**                                    Case number (if known) **19-00369 GS**

loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **See "Insider Payments" Attachment** | | | |
| Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Name of the pension fund                                    Employer Identification number of the parent corporation

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 30, 2019**

**/s/ Kelly M. Millen**                                    **Kelly M. Millen**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Vice President and Secretary**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# Attachment to Statement of Financial Affairs

# 90 Day Payments

creditor payments made from the checking account from Aug 21, 2019 to nov 21, 2019 and only creditors over 600.00 ( if multiple payments that add up to over 600.00 add only)

| date of payment | how it was paid? | creditor name | payment amount | purpose | |
|---|---|---|---|---|---|
| 10/9/2019 | debit card | AWWU | $ 1,315.00 | water | |
| 11/13/2019 | debit card | AWWU | $ 800.00 | water | |
| | | AWWU total | $ 2,115.00 | | |
| 9/9/2019 | debit card | AT&T | $ 624.49 | cell | |
| 10/7/2019 | debit card | AT&T | $ 506.91 | cell | |
| 10/31/2019 | debit card | AT&T | $ 492.94 | cell | |
| | | ATT total | $ 1,624.34 | | |
| 10/10/2017 | cashiers check | Bankston Gronning | $ 2,000.00 | legal | |
| | | Legal total | $ 2,000.00 | | |
| 8/27/2019 | check | Costco | $ 649.98 | snack bar/supplies | |
| 9/8/2019 | check | Costco | $ 810.13 | snack bar/supplies | |
| 9/17/2019 | check | Costco | $ 324.25 | snack bar/supplies | |
| 9/23/2019 | check | Costco | $ 19.90 | snack bar/supplies | |
| 10/9/2019 | check | Costco | $ 692.06 | snack bar/supplies | |
| 11/7/2019 | check | Costco | $ 788.93 | snack bar/supplies | |
| 11/7/2019 | check | Costco | $ 1,389.51 | New security system | |
| 11/17/2019 | check | Costco | $ 1,211.95 | snack bar/supplies | |
| | | Costco total | $ 5,886.71 | | |
| 9/5/2019 | check | CSSD | $ 317.20 | payroll liability | |
| 9/20/2019 | check | CSSD | $ 291.50 | payroll liability | |
| 10/4/2019 | check | CSSD | $ 289.32 | payroll liability | |
| 10/20/2019 | check | CSSD | $ 137.36 | payroll liability | |
| | | CSSD total | $ 1,035.38 | | |
| 9/17/419 | debit card | Enstar | $ 2,000.00 | gas | |
| 9/17/2019 | debit card | Enstar | $ 163.05 | gas | |
| 9/17/2019 | debit card | Enstar | $ 503.75 | gas | |
| 9/18/2019 | debit card | Enstar | $ 253.73 | gas | |
| 9/19/2019 | debit card | Enstar | $ 1,000.00 | gas | |
| 9/20/2019 | debit card | Enstar | $ 1,001.00 | gas | |
| 9/23/2019 | debit card | Enstar | $ 1,476.76 | gas | |
| | | Enstar total | $ 6,398.29 | | |
| 10/7/2019 | debit card | GCI | $ 1,320.47 | phones/internet/cable | |
| 10/24/2019 | debit card | GCI | $ 800.79 | phones/internet/cable | |
| | | GCI total | $ 2,121.26 | | |
| 9/13/2019 | check7286 | Kelly Millen | $ 5,000.00 | Management | |
| 10/9/2019 | check1537 | Kelly Millen | $ 559.70 | Management | |
| 10/22/2019 | check1531 | Kelly Millen | $ 514.37 | Management | |
| 11/7/2019 | checkwd | Kelly Millen | $ 3,847.00 | Management | |
| | | | $ 9,921.07 | | |
| 9/18/2019 | transfer fromKelly | Michael Stephens | $ (1,500.00) | plumbing repairs Motel | due to/from kelly |
| | | Kelly total | $ 8,421.07 | | |
| 9/13/2019 | check1526 | Michael Stephens | $ 2,000.00 | plumbing repairs | |
| 9/18/2019 | transfer from haie | Michael Stephens | $ 1,500.00 | plumbing repairs | due to/from kelly |
| 10/4/2019 | check1542 | Michael Stephens | $ 1,000.00 | plumbing repairs | |
| | | Plumbing total | $ 4,500.00 | | |
| 10/29/2019 | check | Mark Morrison | $ 550.00 | contract | |
| 11/5/2019 | check | Mark Morrison | $ 300.00 | contract | |
| 11/7/2019 | check | Mark Morrison | $ 300.00 | contract | |
| 11/12/2019 | check | Mark Morrison | $ 300.00 | contract | |
| 11/22/2019 | check | Mark Morrison | $ 150.00 | contract | |
| | | Security total | $ 1,600.00 | | |
| 8/14/2019 | debit card | ML & P | $ 1,270.85 | electricity | |
| 9/26/2019 | debit card | ML & P | $ 465.41 | electricity | |
| 9/30/2019 | debit card | ML & P | $ 681.29 | electricity | |
| 10/4/2019 | debit card | ML & P | $ 336.97 | electricity | |
| 10/21/2019 | debit card | ML & P | $ 1,978.84 | electricity | |
| 10/21/2019 | debit card | ML & P | $ 101.47 | electricity | |
| 10/21/2019 | debit card | ML & P | $ 41.24 | electricity | |
| | | ML & P total | $ 4,876.07 | | |

<218>Case 19-00369    Filed 12/30/19    Entered 12/30/19 15:37:15    Doc# 21    Page 11 of 16</218>

# Attachment to Statement of Financial Affairs

# Insider Payments

Anchorage Midtown Motel, Inc                                    12/9/2019 1:07 PM

Register: Owner Draws
From 11/21/2018 through 11/21/2019
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Increase | C | Decrease | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/03/2018 | 1825 | Haie Investments | 1 FNBA General 8213 | | | | 5,000.00 | -68,483.55 |
| 12/19/2018 | 405 | Haie Investments | 1 FNBA General 8213 [split] | | | | 5,000.00 | -73,483.55 |
| 12/20/2018 | 1418 | Kelly Millen | 1 FNBA General 8213 | | | | 1,271.47 | -74,755.02 |
| 12/31/2018 | | | 5 Register Till | Begining Balance | | | | -74,555.02 |
| 12/31/2018 | AJE | | 6 Petty Cash | Clear Petty Cash Ba... | 200.00 | | 778.07 | -75,333.09 |
| 01/17/2019 | 2928 | Haie Investments | 1 FNBA General 8213 [split] | | | | 2,000.00 | -77,333.09 |
| 01/17/2019 | 3778 | Kelly Millen | 1 FNBA General 8213 | Split 200 J/300 K | | | 500.00 | -77,833.09 |
| 01/28/2019 | 8142 | Haie Investments | 1 FNBA General 8213 [split] | | | | 5,000.00 | -82,833.09 |
| 02/06/2019 | 1429 | Kelly Millen | 1 FNBA General 8213 [split] | * | | | 256.93 | -83,090.02 |
| 02/19/2019 | 1427 | Haie Investments | 1 FNBA General 8213 | | | | 500.00 | -83,590.02 |
| 02/20/2019 | 1438 | Haie Investments | 1 FNBA General 8213 | | | | 2,200.00 | -85,790.02 |
| 02/25/2019 | 1439 | Kelly Millen | 1 FNBA General 8213 [split] | * | | | 513.93 | -86,303.95 |
| 03/02/2019 | 1432 | Haie Investments | 1 FNBA General 8213 | | | | 1,500.00 | -87,803.95 |
| 03/08/2019 | 1447 | Haie Investments | 1 FNBA General 8213 | | | | 600.00 | -88,403.95 |
| 03/12/2019 | 1448 | Kelly Millen | 1 FNBA General 8213 [split] | * | | | 455.19 | -88,859.14 |
| 03/19/2019 | 1452 | Haie Investments | 1 FNBA General 8213 | | | | 100.00 | -88,959.14 |
| 03/22/2019 | 1453 | Haie Investments | 1 FNBA General 8213 | | | | 6,000.00 | -94,959.14 |
| 03/23/2019 | 1460 | Haie Investments | 1 FNBA General 8213 | | | | 590.00 | -95,549.14 |
| 04/04/2019 | 1469 | Haie Investments | 1 FNBA General 8213 [split] | | | | 1,400.00 | -96,949.14 |
| 04/09/2019 | | Kelly Millen | 1 FNBA General 8213 | | | | 21.98 | -96,971.12 |
| 04/09/2019 | 1471 | Haie Investments | 1 FNBA General 8213 | | | | 27.82 | -96,998.94 |
| 04/14/2019 | 1480 | Haie Investments | 1 FNBA General 8213 | | | | 200.00 | -97,198.94 |
| 04/25/2019 | | Kelly Millen | 1 FNBA General 8213 | | | | 300.00 | -97,498.94 |
| 04/26/2019 | | Kelly Millen | 1 FNBA General 8213 | | | | 52.21 | -97,551.15 |
| 04/28/2019 | 1490 | Haie Investments | 1 FNBA General 8213 | | | | 65.71 | -97,616.86 |
| 04/28/2019 | | Kelly Millen | 1 FNBA General 8213 | | | | 300.00 | -97,916.86 |
| 05/07/2019 | 1497 | Kelly Millen | 1 FNBA General 8213 | | | | 102.03 | -98,018.89 |

Page 1

Anchorage Midtown Motel, Inc    12/9/2019 1:07 PM

Register: Owner Draws
From 11/21/2018 through 11/21/2019
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Increase | C | Decrease | Balance |
|---|---|---|---|---|---|---|---|---|
| 05/08/2019 | | Kelly Millen | 1 FNBA General 8213 | | | | 7.57 | -98,026.46 |
| 05/10/2019 | 1504 | Haie Investments | 1 FNBA General 8213 | | | | 350.00 | -98,376.46 |
| 05/14/2019 | 1505 | Haie Investments | 1 FNBA General 8213 [split] | | | | 1,000.00 | -99,376.46 |
| 05/19/2019 | 1484 | Haie Investments | 1 FNBA General 8213 | | | | 700.00 | -100,076.46 |
| 05/20/2019 | | Kelly Millen | 1 FNBA General 8213 | | | | 310.32 | -100,386.78 |
| 05/22/2019 | | Kelly Millen | 1 FNBA General 8213 | | | | 63.44 | -100,450.22 |
| 05/25/2019 | 1507 | Kelly Millen | 1 FNBA General 8213 | | | | 1,150.83 | -101,601.05 |
| 06/04/2019 | 1487 | Haie Investments | 1 FNBA General 8213 | | | | 500.00 | -102,101.05 |
| 06/11/2019 | 1493 | Kelly Millen | 1 FNBA General 8213 | | | | 72.11 | -102,173.16 |
| 06/19/2019 | 1509 | Kelly Millen | 1 FNBA General 8213 | | | | 51.37 | -102,224.53 |
| 07/13/2019 | 1508 | Kelly Millen | 1 FNBA General 8213 | | | | 980.28 | -103,204.81 |
| 07/19/2019 | 1509 | Haie Investments | 1 FNBA General 8213 | | | | 1,500.00 | -104,704.81 |
| 08/13/2019 | 1527 | Kelly Millen | 1 FNBA General 8213 | | | | 59.70 | -104,764.51 |
| 08/13/2019 | 1528 | Kelly Millen | 1 FNBA General 8213 | | | | 123.61 | -104,888.12 |
| 09/13/2019 | 1545 | Haie Investments | 1 FNBA General 8213 [split] | | | | 5,000.00 | -109,888.12 |
| 10/09/2019 | 1537 | Kelly Millen | 1 FNBA General 8213 | * Costco | | | 559.70 | -110,447.82 |
| 10/22/2019 | 1531 | Kelly Millen | 1 FNBA General 8213 | * Costco | | | 514.37 | -110,962.19 |
| 11/04/2019 | 1550 | Kelly Millen | 1 FNBA General 8213 [split] | * split M/AMM | | | 363.61 | -111,325.80 |
| 11/05/2019 | | Kelly Millen | 1 FNBA General 8213 | | | | 22.96 | -111,348.76 |
| 11/07/2019 | 5249 | Kelly Millen | 1 FNBA General 8213 [split] | Kelly for Haie Inves... | | | 3,840.00 | -115,188.76 |
| 11/20/2019 | | Kelly Millen | 1 FNBA General 8213 | | | | 161.90 | -115,350.66 |

Page 2

*HAIE INVESTMENTS PAYMENTS WERE FOR THE BENEFIT OR KELLY MILLEN

# Attachment to Statement of Financial Affairs

# Fire Damage Payments

| # | Date | Item | Insurance Payments | Money that went to the Motel |
|---|---|---|---|---|
| | | **Anchorage Midtown Motel Fire loss 9/12/18 Claim # 18003751** | | |
| 3 | 11/1/2018 | Global Indemnity paid TCM, the Mitigation Company directly | $27,390.45 | TCM |
| 2 | 10/31/2018 | Global Indemnity paid an advance on the loss of income claim | $15,000.00 | $15,000.00 |
| 3 | 12/6/2018 | Global Indemnity paid the actual cash value of the building loss to the motel. The motel paid the contractor 50% of the contract on 12/17/18 and the remainder to the motel. | $72,997.13 | $6,315.09 |
| 4 | 12/7/2018 | Paid the max amount of Business Personal Property amount | $5,000.00 | $5,000.00 |
| 5 | 12/7/2018 | Paid based on a revised building estimate an additional | $21,936.75 | $21,936.75 |
| 6 | 1/31/2019 | Paid additional – final revised building estimate by the adjuster   (there is a hold-back of $34,098.80 pending once the work is completed and documented. | $9,000.00 | $9,000.00 |
| 7 | 3/8/2019 | Global Indemnity paid an advance on the loss of income claim | $31,295.00 | $31,295.00 |
| 8 | 8/14/2019 | Fire doors that were not approved FNBA holding | $10,000.00 | FNBA |
| 9 | 9/10/2019 | Replacement of Fire System ACV went to Yukon Fire | $19,069.50 | YUKON FIRE |
| | | **TOTALS** | $211,688.83 | $88,546.84 |
| | 2/1/2019 | (From Bob Massarro)-"As far as the loss of income – I estimated approx. $9,259 monthly of loss profit.  We pay for the profit you lost." | | |

5:22 PM
11/14/19
Accrual Basis

# Anchorage Midtown Motel, Inc
## Account QuickReport
### All Transactions

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| Insurance/Arson Project | | | | | | |
| Bill | 09/13/2018 | 177958 | Yukon Fire Protection Service | invoice from arson fire call | 325.00 | 325.00 |
| Check | 09/19/2018 | 7054 | Larry Dahling | Fire-invoice from Arson fire for Larry & Lorey 20 hr x 3 hrs each | 120.00 | 445.00 |
| Bill | 09/20/2018 | 177898 | Yukon Fire Protection Service | Fire work from arson fire | 1,120.00 | 1,565.00 |
| Bill | 09/24/2018 | | U-Haul | Arson Fire work due to arson fire remove debris | 51.69 | 1,616.69 |
| Check | 09/24/2018 | | U-Haul | fuel for rental arson Fire work due to arson fire remove debris | 15.38 | 1,632.07 |
| Check | 09/24/2018 | | Vulcan Towing & Recovery | Fire inspection request to Move vehicle | 85.00 | 1,717.07 |
| Check | 09/24/2018 | | U-Haul | Arson Fire work due to arson fire remove debris | 109.65 | 1,826.72 |
| Check | 10/01/2018 | | The Home Depot | Materials Fire and Safety Items of insurance inspection requests | 396.93 | 2,223.65 |
| Check | 10/02/2018 | | Baileys Rent All | Fire & Safety insurance Inspection requirement cut trees back from Annex | 350.00 | 2,573.65 |
| Check | 10/11/2018 | | Baileys Rent All | Fire & Safety Inspection Equipment rental for Arson project exterior | 31.00 | 2,604.65 |
| Bill | 10/15/2018 | 178170 | Yukon Fire Protection Service | Fire and Safety clean up project before snowfall, items in | 2,996.40 | 5,601.05 |
| Check | 10/22/2018 | 1393 | CTS/Solid Waste Services | Fire and safety inspection prep yard garbage | 44.06 | 5,645.11 |
| Bill | 10/23/2018 | 178403 | Yukon Fire Protection Service | Fire and Safety continued | 744.10 | 6,389.21 |
| Check | 10/24/2018 | | U-Haul | Arson Fire clean up project before snowfall, items in | 79.44 | 6,468.65 |
| Check | 10/30/2018 | 178693 | Yukon Fire Protection Service | Fire and Safety continued extra work due to arson fire | 342.70 | 6,811.35 |
| Deposit | 11/01/2018 | | Global Indemnity Group Inc | Arson Fire - Insurance Paid Mitigation Company Direct | -27,390.45 | -20,579.10 |
| Deposit | 11/01/2018 | | Global Indemnity Group Inc | Arson Fire - Insurance Paid Mitigation Company Direct | 27,390.45 | 6,811.35 |
| Deposit | 11/20/2018 | | Global Indemnity Group Inc | partial pay on Loss of Income Claim for 7 weeks ending 10/31/18 | -15,000.00 | -8,188.65 |
| Bill | 12/10/2018 | 6750 | Cash | PC Inc liquidation for contents in annex, desks, garbage cans, tv, chairs | 1,000.00 | -7,188.65 |
| Check | 12/12/2018 | | U-Haul | fuel charge for truck from Arson Fire work due to arson fire remove debris | 25.06 | -7,163.59 |
| Deposit | 12/15/2018 | | Global Indemnity Group Inc | Arson Fire claim payment - Cash Value of loss Building | -72,997.13 | -80,160.72 |
| Check | 12/17/2018 | 1422 | TCM Restoration | Arson fire claim- deposit requested 50% Half of contract | 66,682.04 | -13,478.68 |
| Deposit | 01/02/2019 | 1571 | Global Indemnity Group Inc | Arson fire claim payment BI loss ACV amount Fire Loss-Holdback pending | -21,936.75 | -35,415.43 |
| Deposit | 01/02/2019 | 1570 | Global Indemnity Group Inc | Arson Fire claim reimbursement for contents Business Personal Property Los... | -5,000.00 | -40,415.43 |
| Check | 01/28/2019 | 4603 | Cash | Moving Truck, Storage Luke paid workers Larry, Jeffy into storage | 1,000.00 | -39,415.43 |
| Check | 01/28/2019 | 2583 | Cash | Arson project withdrew funds to reimburse and deposited to general 8213 acc... | 3,300.00 | -36,115.43 |
| Deposit | 01/28/2019 | | | pulled cash Insurance Acct & dep to General | -3,300.00 | -39,415.43 |
| Deposit | 02/12/2019 | 1576 | Global Indemnity Group Inc | Balance of ACV Adjustment-Hold back pending | -9,000.00 | -48,415.43 |
| Deposit | 02/14/2019 | 181211 | Yukon Fire Protection Service | Arson continued work for new system agreement Replace Smoke and Heat D... | 877.50 | -47,537.93 |
| Deposit | 03/22/2019 | | Global Indemnity Group Inc | Partial Lost Revenue Reimbursement Arson Project | -31,295.00 | -78,832.93 |
| Deposit | 04/12/2019 | | | Arson project-Electrician cashiers check deposited back not used | -2,500.00 | -81,332.93 |
| Deposit | 04/12/2019 | | | Arson project for engineer deposit back not used | -1,800.00 | -83,132.93 |
| Deposit | 04/15/2019 | | | Arson project- Platinum Electrical for materials deposited back check not used... | -1,267.00 | -84,399.93 |
| Deposit | 04/30/2019 | | U-Haul | clean up work arson fire remove debris | 61.10 | -84,338.83 |
| Check | 04/30/2019 | | U-Haul | Arson project clear out container vans of non usable items for the contents for ... | 101.55 | -84,237.28 |
| Deposit | 05/14/2019 | | | check from Andrew Olifant electric and deposited cashiers check back n... | -1,000.00 | -85,237.28 |
| General... | 10/17/2019 | 292 ic | | Arson project for Andrew Olifant electric and deposited cashiers check back n... | -19,069.50 | -104,306.78 |
| General... | 10/17/2019 | 292 ic | | check given to Yukon Fire for fire suppression system | 19,069.50 | -85,237.28 |
| General... | 10/28/2019 | 322 ic | | check from Global Indemnity for Upgrade Fire Doors | -10,000.00 | -95,237.28 |
| General... | 10/28/2019 | 322 ic | | FNBA HOLDING check for upgrade fire door dispute with TCM | 10,000.00 | -85,237.28 |
| Total Insurance/Arson Project | | | | | -85,237.28 | -85,237.28 |
| TOTAL | | | | | -85,237.28 | -85,237.28 |